DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE C. GRIMSLEY,**
Appellant,

v.

**J. MICHAEL BURMAN,**
Appellee.

No. 4D19-1393

[November 14, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 50-2018-CA-003402-XXXX-MB.

George C. Grimsley, West Palm Beach, pro se.

John Michael Burman of Reid Burman Lebedeker Xenic, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***